640

Glickstein et al., Appellants, *v.* County Board of Elections.

Argued April 30, 1974. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Robert Baer Cohen*, with him *William Austin Meehan*, and *Abrahams & Loewenstein*, for appellants.

*Harry Wolov*, for appellee.

OPINION PER CURIAM, May 3, 1974:
Order affirmed.